UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

READY MAKERS INC.,

                              Plaintiff,

              -v-

CHRISTINA MACEDO *et al.*,

                              Defendants.

26 Civ. 493 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

This order resolves the request by defendants Christina Macedo and Diecixi Co. Ltd.

("Diexici") to adjourn the initial conference, currently scheduled for May 6, 2026.

On March 26, 2026, this case was reassigned from the Honorable Judge Denise L. Cote

to this judge. On March 31, 2026, the Court scheduled the initial conference. Dkt. 22. On

April 24, 2026, defendants moved to adjourn the conference. Dkt. 23 ("Mot."). Their letter-

motion noted that—prior to the case's reassignment—the parties had stipulated, and Judge Cote

had so-ordered, that (1) Macedo and Diecixi's deadline to respond to the Complaint was

extended to May 19, 2026; and (2) the initial conference before Judge Cote was adjourned to

June 5, 2026. *Id.* at 1 n.1; *see also* Dkt. 19. The letter-motion stated that Macedo and Diecixi

intend, by May 19, 2026, to move to stay or dismiss this action under the *Colorado River*

abstention doctrine and/or doctrine of international comity, based on more advanced proceedings

in the Delaware Court of Chancery, the Supreme Court of Gibraltar, and the Superior Court of

Quebec. Mot. at 1–2. Defendant Martin Cormier, proceeding *pro se*, consented to the

adjournment request. *Id.* at 1. On April 29, 2026, plaintiff Ready Makers Inc. ("Ready Makers")

opposed, stating that the Court should maintain the May 6 conference. Dkt. 27. It argued that

neither the *Colorado River* abstention doctrine nor the doctrine of international comity applies, because this action is not parallel to those in Delaware, Gibraltar, or Quebec. *Id.* at 1–3.

In the Court's judgment, it will be more efficient to hold the initial conference after the forthcoming motion to stay or dismiss has been filed, consistent with the schedule that the parties earlier negotiated and Judge Cote so-ordered. The Court accordingly adjourns the telephonic initial conference to June 12, 2026 at 10 a.m. By June 5, 2026, the parties shall submit an updated joint letter and proposed case management plan. For avoidance of doubt, the Court here does not decide any merits of the motion to stay or dismiss.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 30, 2026
       New York, New York

2