UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

READY MAKERS INC.,

                        Plaintiff,                              26 Civ. 493 (PAE)

              -v-

CHRISTINA MACEDO *et al.*,                                      ORDER

                        Defendants.

PAUL A. ENGELMAYER, District Judge:

This order responds to an email communication the Court received from *pro se* defendant

Martin Cormier yesterday (the "email"), which is attached as Exhibit A.  The email (1) asks

whether the May 6, 2026 telephonic conference, which Cormier attempted to join, was

rescheduled, and (2) requests guidance as to how Cormier may ensure that he receives future

docket entries in this case.  The email copied counsel for all other parties.

On April 30, 2026, the Court granted defendants Christina Macedo and Diecixi Co. Ltd.'s

motion to adjourn the initial conference, and rescheduled it from May 6 to June 12, 2026 at 10

a.m. *See* Dkt. 28 (containing additional directives to the parties).  The Court hereby directs

Cormier to (1) review the Court's Individual Rules concerning civil cases[1] and civil *pro se* cases[2];

(2) by May 13, 2026, file a notice of appearance on the public docket of this case,

containing Cormier's email address, and submit a request to file via ECF (Electronic

---

[1] https://www.nysd.uscourts.gov/sites/default/files/practice_documents/PAE%20Engelmayer
%20Updated%20Individual%20Rules%20of%20Practice%20in%20Civil%20Cases%20%28202
6%20February%29.pdf.

[2] https://www.nysd.uscourts.gov/sites/default/files/practice_documents/PAE%20Engelmayer
%20IndividualRulesOfPracticeInCivilProSeCases_0.pdf

Case Filing).  To the extent Cormier requires assistance, he shall contact this District's *Pro Se*

Office at (212) 805-0175.

As a courtesy, the Court will send this order to Cormier by email, copying the other

parties.  Going forward, Cormier is responsible for following all orders and other filings on the

public docket of this case.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: May 8, 2026
       New York, New York

# Exhibit A

## Engelmayer NYSD Chambers

| | |
|---|---|
| **From:** | Martin Cormier <martincormier70@gmail.com> |
| **Sent:** | Thursday, May 7, 2026 2:19 AM |
| **To:** | Engelmayer NYSD Chambers |
| **Cc:** | Travis Mock; Michael Rakower; Michael Eisenberg; William Rome |
| **Subject:** | Ready Makers Inc. v. Macedo et al., 26-cv-00493 (PAE) – Clarification Regarding Initial Pretrial Conference |

CAUTION - EXTERNAL:

Dear Chambers,

I am a self-represented defendant in Ready Makers Inc. v. Macedo et al., Case No. 26-cv-00493 (PAE).

I attempted to join the telephonic initial pretrial conference scheduled for May 6, 2026, using the conference information contained in the Court's March 31, 2026 scheduling order. I remained on the line for some time, but no conference appeared to begin.

I also note that I did not originally receive the March 31 scheduling order directly, and first became aware of it through correspondence from counsel for another party.

I would respectfully appreciate clarification regarding:

1. Whether the May 6 conference was adjourned or rescheduled;
2. Whether any updated scheduling order has been issued; and
3. How I should ensure I properly receive future notices and scheduling communications as a self-represented defendant.

As I am self-represented and attempting to comply with the Court's procedures in good faith, I would also appreciate guidance if there are any outstanding procedural steps currently required from me in connection with the initial pretrial conference process.

I apologize if this communication is not directed through the proper procedure, and have copied all appearing counsel out of caution and transparency.

Thank you for your time and assistance.

Respectfully,
Martin Cormier

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.